United States Court of Appeals for the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |
| Date: December 31, 2013 | DC Docket #: 01-cv-1552 |
| Docket #: 13-3525mv | DC Court: CT (NEW HAVEN) |
| Short Title: Haddock v. Nationwide Financial Services | DC Judge: Underhill |

**REVISED**

**NOTICE OF MOTION PLACED ON THE CALENDAR**

A motion for leave to appeal filed in the above-referenced case has been added as an argued case to the substantive motions calendar for Tuesday, January 14, 2014 B PANEL at 10:00am. The argument will be held in the Thurgood Marshall U.S. Courthouse, New York, NY 10007, 15th Floor, Room 1505.

Inquiries regarding this case may be directed to 212-857-8595 .